

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-14-00016-CV

John F. **DAVIS,**
Appellant

v.

**FARIAS ENTERPRISES LTD.,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2010CVT001822 D3
Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

The clerk's record was due to be filed with this court by February 18, 2014. *See* TEX. R. APP. P. 35.1. On the record's due date, the Webb County district clerk notified this court that Appellant has failed to pay the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

Therefore, we ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. If Appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.

Keith E. Hottle
Clerk of Court